1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6
   Attorneys for Plaintiff
7  United States of America

8

9                    IN THE UNITED STATES DISTRICT COURT

10                       EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,            CASE NO. 1:15-CR-00338 LJO-SKO

13                 Plaintiff,             STIPULATION TO CONTINUE STATUS
                                          CONFERENCE
14           v.

15  MARIANO ARNULFO POLANCO-ROSAS,

16                 Defendant.

17

18      IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and

19  Kimberly A. Sanchez, Assistant U.S. Attorney and Miles Harris, attorney for the defendant, that a status

20  conference scheduled for February 29, 2016 at 1:00 pm before the Honorable Shiela K. Oberto, U.S.

21  Magistrate Judge be continued to March 7, 2016. The reason for the request is because defense counsel is

22  currently in trial, and needs additional time for a continued review of discovery/ further investigation.

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

   Stipulation                           1

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: February 25, 2016                                     Respectfully submitted,

                                                             BENJAMIN B. WAGNER
                                                             United States Attorney


                                                    By       /s/ Kimberly A. Sanchez
                                                             KIMBERLY A. SANCHEZ
                                                             Assistant U.S. Attorney

Dated: February 25, 2016                                     /s/ Miles Harris
                                                             MILES HARRIS
                                                             Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:   **February 26, 2016**                        **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE

Stipulation                                2